UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.                                          Case No.   6:24-CR-87-PGB-RMN

ROBERT WILLIAM BURNS

        Defendant.
_____/

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT

IT IS HEREBY STIPULATED by and between the defendant and undersigned counsel that attorney James W. Smith III shall be substituted as counsel of record on behalf of Defendant Robert William Burns and that attorney Jessica J. Travis shall be relieved of any further responsibility in connection with this action.

_____   5/3/2024
ID NQGEoWoga5sac11sDA8MNDwS
Robert W. Burns, Defendant            Date


_____   5-3-24
**Jessica J. Travis, FBN 76701**        Date
**DefendBrevard.com**
1370 Bedford Drive, Suite 104
Melbourne, FL 32940
Ph:  (321) 728 – 7280
Direct:  Jessica@DefendBrevard.com
Eservice:  eservice1@DefendBrevard.com
Eservice:  eservice2@DefendBrevard.com

_____  5-3-24
**James W. Smith, III FBN 96433**        Date
9100 Conroy Windermere Rd, Ste 200
Windermere, FL 34786-8431
Office: 407-924-8595
Fax: 407-924-8595
Email: attorneytreysmith@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was electronically served on the office of the United States Attorney for the Middle District of Florida by filing the same in the U.S. District Court, Middle District of Florida, Orlando Division using the CM/ ECF system on May 3, 2024.

_____
*/s/ Jessica J. Travis*
JESSICA J. TRAVIS, FBN 76701