UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES
**Sentencing Hearing – Day 2**

Case Number: 6:24-cr-87-PGB-RMN

---

**UNITED STATES OF AMERICA**

      **Plaintiff,**

v.

**Robert William Burns**
      **Defendant.**

Government's Counsel: Richard Varadan

Defense Counsel: Katherine Puzone

| Judge: | **Paul G. Byron** | Court Reporter | Koretta Stanford<br>courtreporterstanford@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | March 18, 2025 | Time: | 11:01 AM – 11:37 AM<br>36 minutes |

Case called. Appearances taken. Defendant sworn.

Defendant is adjudged guilty to Count One of the Indictment. Counts Two and Three of the Indictment are dismissed.

**PROBATION:** 3 years.

The mandatory drug testing requirements are suspended.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**

- Mental Health Treatment
- No new credit charges or cards
  Collection of DNA

**FORFEITURE:** Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture (Doc. 51), that are subject to forfeiture.

**RESTITUTION**: $57,186 payable to the United States Small Business Administration/DCF.

**FINE:**  Waived

**SPECIAL ASSESSMENT:**   $100.00, due immediately.

Plea Agreement is accepted.

Defendant is to report to Probation on the first floor immediately after the hearing.

Defendant advised of right to appeal.

Court adjourned.